UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>  v.<br><br>FRANCISCO JAVIER CHAVEZ,<br><br>                     Defendant. | Case No. 22-cr-00528-BAS-1<br><br>**ORDER DENYING MOTION TO REDUCE SENTENCE AS A RESULT OF AMENDED GUIDELINE RANGE (ECF No. 47)** |

On October 27, 2022, this Court sentenced Defendant Francisco Javier Chavez to thirty months in custody for importing methamphetamine. (ECF No. 37.) At the time of his conviction, he had three prior misdemeanor convictions. (Presentence Report ("PSR") ¶¶ 41–45, ECF No. 25.) Because of the length of time since Defendant's past convictions, only one of these convictions counted, and he had a criminal history score of one. (PSR ¶ 47.)

Mr. Chavez now moves for a two-point reduction of sentence due to zero criminal history points and to stay the decision pending Congressional approval of the amendment to the U.S. Sentencing Guidelines. (ECF No. 47.) The Government opposes. (ECF No. 51.)

Effective November 1, 2023, a new guideline base offense level departure of two points is available for zero-point offenders. U.S.S.G. § 4C1.1. Unfortunately, Mr. Chavez

does not qualify for this amendment. Although the guideline was made retroactive, Mr. Chavez still does not qualify for the amendment since the first criteria requires that a defendant "did not receive any criminal history points." U.S.S.G. § 4C1.1(a)(1). Mr. Chavez has a criminal history point. Therefore, the new proposed amendment is not applicable to him. *See United States v. Brumfeld*, No. cr-20-889-001-TUC-SHR (EJM), 2023 WL 5855024, at *2–3 (D. Ariz. Sept. 11, 2023) (denying defendant's request for a reduction for the same reason).

Therefore, the Defendant's Motion to reduce his sentence (ECF No. 47) is **DENIED**.

**IT IS SO ORDERED.**

**DATED: November 15, 2023**

Hon. Cynthia Bashant
United States District Judge